# Court of Appeals
# of the State of Georgia

ATLANTA,__April 18, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1497.  KEN DONALDSON v. THE STATE.**

Ken Donaldson was convicted of rape in 1996.  In September 2011, he filed a motion in arrest of judgment.  The trial court denied his motion on August 22, 2012, and Donaldson filed a notice of appeal on October 5, 2012.

Pretermitting whether the trial court's order is directly appealable, we lack jurisdiction because Donaldson's notice of appeal is untimely.  OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order on appeal. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court.  *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Donaldson filed his notice of appeal 44 days after entry of the order he seeks to appeal.  His appeal is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_04/18/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*